Anthony E. Goldsmith, Esq. (SBN 125621)
Steven L. Derby, Esq. (SBN 148372)
Celia McGuinness, Esq. (SBN 159420)
DERBY McGUINNESS & GOLDSMITH LLP
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile: (510) 359-4419
Email: info@dmglawfirm.com

Attorney for Plaintiff
**RUTHEE GOLDKORN**

*Additional Counsel After Caption*

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RUTHEE GOLDKORN,<br><br>        Plaintiff,<br><br>    v.<br><br>SOUTH COAST AIR QUALITY MANGEMENT DISTRICT; MITLA CAFÉ, a business entity of unknown form; MITLA RESTAURANTS, INC., a California corporation and DOES 1-20, Inclusive,<br><br>        Defendants. | CASE NO. 5:18-cv-00398-RGK-SP<br><br>Civil Rights<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT SOUTH COAST AIR QUIALITY MANAGEMENT DISTRICT**<br><br>Assigned to Judge R. Gary Klausner |

## **ORDER**

For Good Cause shown in the stipulation, all claims brought by Plaintiff Ruthee Goldkorn, in this action, shall be dismissed with prejudice, pursuant to FRCP 41(a)(1), as to Defendant SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, with each party to bear its own attorneys' fees, costs and litigation expenses.

Dated: February 28, 2019

*/s/ Gary Klausner*
_____
Hon. R. Gary Klausner
U.S. District Court Judge